UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Gilbert Alvarez,

                              Defendant(s).

-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

21 cr 181-PMH

Defendant __Gilbert Alvarez_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on **Felony Information**, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ Gilbert Alvarez
Defendant's Signature by permission.
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Gilbert Alvarez
Print Defendant's Name

Richard D. Willstatter
Defendant's Counsel's Signature

Richard D. Willstatter
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/17/21
Date

U.S. District Judge/U.S. Magistrate Judge