# Green & Willstatter
ATTORNEYS AT LAW
200 Mamaroneck Avenue

THEODORE S. GREEN
RICHARD D. WILLSTATTER

...MSN.COM

> The Court will accept the VOSR (08-cr-1192) upon Judge Karas's transfer of the case to me. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 15).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 7, 2021

Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Gilbert Alvarez*
21 Cr. 181 (PMH)
08 Cr. 1192 (KMK)

Dear Judge Halpern:

This is an application for the transfer of a pending Violation of Supervised Release ("VOSR") from Judge Karas to this Court. Judge Karas consents to such a transfer as does the government.

At today's status conference before Judge Karas, it was suggested that it would make sense for the Court that will impose the sentence in the new case to have the VOSR before it so that it can decide the total sentence that will be imposed.

If this Court grants the application, the disposition of the VOSR by plea and sentencing can take place, with the Court's approval, in person simultaneously with the sentencing already scheduled for August 3, 2021.

There are five specifications in the VOSR and the parties anticipate that a plea of guilty to one of the two Grade A specifications that mirror the guilty plea in the Information filed in the new case would satisfy the remaining specifications.

If the Court denies this application, the defense will ask Judge Karas to schedule an in person proceeding as soon as possible after August 3, 2021. Another reason for the cases to be merged is that it would avoid the need for more than one in person proceeding.

Very truly yours,

/s/
RICHARD D. WILLSTATTER

cc: Hon. Kenneth M. Karas
United States District Judge