# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  
RICHARD D. WILLSTATTER

(914) 948-5656  
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

January 23, 2024

Hon. Philip M. Halpern  
United States District Court  
300 Quarropas Street  
White Plains, NY 10601

Re: *United States v. Gilbert Alvarez*  
21 Cr. 181 (PMH)

Dear Judge Halpern:

    This is an application for re- appointment to represent Gilbert Alvarez in connection with potential motion to correct his sentence pursuant to the retroactive November 1, 2023 sentencing guidelines and 18 U.S.C. § 3582(c)(2).

    Last night I received a supplemental presentence report that says Mr. Alvarez is eligible for a sentence reduction. Counsel should be appointed to make this motion. I was appointed to represent Mr. Alvarez in connection with the above-captioned case and his VOSR. He is serving a total sentence of 168 months, but the new guidelines could reduce that sentence by 14 months to 154 months.

Very truly yours,

/s/  
RICHARD D. WILLSTATTER

enclosures

---

Application granted. Mr. Willstatter is reappointed as the defendant's CJA counsel to investigate and if appropriate pursue an application for a sentence reduction under the guideline amendment.

SO ORDERED.

_____  
Philip M. Halpern  
United States District Judge

Dated: White Plains, New York  
       January 24, 2024