Case 7:21-cr-00181-PMH   Document 31   Filed 05/14/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

United States of America )
v. )
Gilbert Alvarez )
) Case No: 7:21 CR 181-01 (PMH)
) USM No: 85097-054
Date of Original Judgment: 08/03/2021 )
Date of Previous Amended Judgment: _____ ) Richard D. Willstatter
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✔] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✔] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **84 months on Count 1** months **is reduced to** **70 months on Count 1** .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **08/03/2021** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 05/09/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Hon. Philip M. Halpern, U.S.D.J.
*Printed name and title*